## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

Timothy D. Laurent

                                        Case No.   04-809-MJR

      v.

PricewaterhouseCoopers, LLP et al                    Judge Reagan

---

### NOTICE OF MANUAL FILING

    Please take notice that Plaintiff
has manually filed the following document or item: Complaint

    This document has not been filed electronically because:

☐    The document or item cannot be converted to an electronic format

☒    The electronic file size of the document exceeds 20 pages
      ( *Electronic Filing Rule 5*)

☐    The document or item is filed under seal
      (*Electronic Filing Rule 6*)

☐     Plaintiff/Defendant is excused from filing this document or item by court
    order.

☐    Other

Regards,

NORBERT G. JAWORSKI, Clerk

By:  s/Tamra Baugh
      Deputy Clerk