AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Illinois

TIMOTHY D. LAURENT, on behalf of himself and
all others similarly situated

**SUMMONS IN A CIVIL ACTION**

V.

PricewaterhouseCoopers LLP, et al.,

CASE NUMBER: 04-809 MJR

TO: (Name and address of Defendant)

Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP and the Savings Plan for Employees of PricewaterhouseCoopers LLP

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eli Gottesdiener
Gottesdiener Law Firm, PLLC
498 7th Street
Brooklyn, NY  11215
(718) 788-1500

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NORBERT G. JAWORSKI                                           November 5, 2004
CLERK                                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern     District of     Illinois

TIMOTHY D. LAURENT, on behalf of himself and
all others similarly situated

**SUMMONS IN A CIVIL ACTION**

V.

PricewaterhouseCoopers LLP, et al.,

CASE NUMBER: 04-809 MJR

TO: (Name and address of Defendant)

The Retirement Benefit Accumulation Plan for Employees of
PricewaterhouseCoopers LLP

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eli Gottesdiener
Gottesdiener Law Firm, PLLC
498 7th Street
Brooklyn, NY 11215
(718) 788-1500

an answer to the complaint which is served on you with this summons, within    20 (twenty)    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NORBERT G. JAWORSKI      November 5, 2004

CLERK      DATE

*Julie Payton*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Illinois

TIMOTHY D. LAURENT, on behalf of himself and
all others similarly situated

**SUMMONS IN A CIVIL ACTION**

V.

PricewaterhouseCoopers LLP, et al.,

CASE NUMBER: 04-809 MJR

TO: (Name and address of Defendant)

John and Jane Does ##101-200, Current and Former Trustees of the
Retirement Benefit Accumulation Plan for Employees of
PricewaterhouseCoopers LLP

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eli Gottesdiener
Gottesdiener Law Firm, PLLC
498 7th Street
Brooklyn, NY 11215
(718) 788-1500

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NORBERT G. JAWORSKI                              November 5, 2004
CLERK                                             DATE

_Julie Payton_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | Illinois |

TIMOTHY D. LAURENT, on behalf of himself and
all others similarly situated

**SUMMONS IN A CIVIL ACTION**

V.

PricewaterhouseCoopers LLP, et al.,

CASE NUMBER: 04-809 MJR

TO: (Name and address of Defendant)

> The Administrative Committee of the Retirement Benefit Accumulation
> Plan for Employees of PricewaterhouseCoopers LLP

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Eli Gottesdiener
> Gottesdiener Law Firm, PLLC
> 498 7th Street
> Brooklyn, NY 11215
> (718) 788-1500

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NORBERT G. JAWORSKI**           November 5, 2004
CLERK                                         DATE

_Julie Payton_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Illinois

TIMOTHY D. LAURENT, on behalf of himself and all others similarly situated

V.

PricewaterhouseCoopers LLP, et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-809 MJR

TO: (Name and address of Defendant)

John and Jane Does ##1-100, Current and Former Members of the Administrative Committee of the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eli Gottesdiener
Gottesdiener Law Firm, PLLC
498 7th Street
Brooklyn, NY 11215
(718) 788-1500

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NORBERT G. JAWORSKI**              November 5, 2004

CLERK                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Illinois_____

TIMOTHY D. LAURENT, on behalf of himself and
all others similarly situated

**SUMMONS IN A CIVIL ACTION**

V.

PricewaterhouseCoopers LLP, et al.,

CASE NUMBER: 04- 809 MJR

TO: (Name and address of Defendant)

PricewaterhouseCoopers LLP

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eli Gottesdiener
Gottesdiener Law Firm, PLLC
498 7th Street
Brooklyn, NY 11215
(718) 788-1500

an answer to the complaint which is served on you with this summons, within _____20 (twenty)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

__**NORBERT G. JAWORSKI**_____          __November 5, 2004_____
CLERK                                                                    DATE

__Julie Payton_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __Illinois__

TIMOTHY D. LAURENT, on behalf of himself and
all others similarly situated

**SUMMONS IN A CIVIL ACTION**

V.

PricewaterhouseCoopers LLP, et al.,

CASE NUMBER: 04-_809 MJR_

TO: (Name and address of Defendant)

Profit Sharing Plan for Partners of PricewaterhouseCoopers LLP

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eli Gottesdiener
Gottesdiener Law Firm, PLLC
498 7th Street
Brooklyn, NY 11215
(718) 788-1500

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NORBERT G. JAWORSKI**                    _November 5, 2004_
CLERK                                      DATE

_Jackie Payton_
(By) DEPUTY CLERK